**1000**

month, shall be paid over to and deposited with the Whitney National Bank, to the joint order of the collector of internal revenue and the taxpayer, to be withdrawn and discharged only upon order of this court.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**IOWA SOUTHERN UTILITIES CO., Appellant, v. TOWN OF LAMONI, IOWA, et al.**

**No. 10408.**

Circuit Court of Appeals, Eighth Circuit.

Sept. 23, 1935.

For opinion below, see 11 F.Supp. 581.

C. S. Bradshaw and Rex H. Fowler, both of Des Moines, Iowa, for appellant.

George A. Rice, of Mapleton, Iowa, for appellees.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellant and stipulation of parties.

**George W. JOHNSON, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Appellee.**

**No. 81.**

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Jacob Klein, of New York City (Charles D. Lewis, of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Ray Rood Allen, of New York City, of counsel), for appellee.

**Anne J. LARKEY, Appellant, v. Joseph H. GRUT, as Receiver of the Central National Bank of Oakland, a National Banking Association, Appellee.**

**No. 7877.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 17, 1935.

Rehearing Denied Oct. 28, 1935.

James F. Peck, of San Francisco, Cal., for appellant.

Frank S. Richards, of Oakland, Cal., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs filed herein, ordered, decree of District Court affirmed, upon the authority of Lantry v. Wallace, 182 U.S. 536, 21 S.Ct. 878, 45 L.Ed. 1218, that a decree be filed and entered accordingly; mandate issued forthwith.

**Florence KEEDY, EXECUTRIX of the estate of Charles C. KEEDY, Deceased, Plaintiff, Petitioner, v. Honorable William E. BAKER, Judge of the District Court of the United States for the Northern District of West Virginia, Respondent.**

**No. 3964.**

Circuit Court of Appeals, Fourth Circuit.

Oct. 21, 1935.